## The People of the State of Illinois, Defendant in Error, v. John McGuire, Plaintiff in Error.

**Gen. No. 48,058.** 

First District, Third Division.

February 1, 1961.

 Houston H. Hall and Mary M. Hall, of Chicago, for plaintiff in error; Grenville Beardsley, Attorney General of State of Illinois (Benjamin S. Adamowski, State's Attorney, Fred G. Leach and Jim D. Keehner, Assistant Attorneys General (Francis X. Riley, Assistant State's Attorney, of counsel) for defendant in error. Opinion by JUSTICE McCORMICK. **Not to be published in full.**